Eric I. Abraham
HILL WALLACK LLP
202 Carnegie Center
CN 5226
Princeton, NJ  08543
Telephone: (609) 924-0808
Facsimile: (609) 452-1888

*Of Counsel:*
Richard J. Basile *(admitted pro hac vice)*
David W. Aldrich *(admitted pro hac vice)*
Roy D. Gross *(admitted pro hac vice)*
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Defendants Apotex, Inc. and Apotex Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA LP and<br>ASTRAZENECA AB,<br><br>      Plaintiffs,<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>      Defendants. | Civil Action No.: 1:09-CV-1518 (RMB) (AMD)<br><br>**NOTICE OF APPEAL TO THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

  Notice is hereby given that Defendants, Apotex, Inc. and Apotex Corp. (collectively, "Apotex"), defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Opinions and Orders and oral rulings granting plaintiffs'

motion for a temporary restraining order and preliminary injunction entered in this action by the above-name Court on 14th and 22nd days of May, 2009.

        Respectfully submitted,

        HILL WALLACK LLP

        Attorneys for Defendant Apotex, Inc.

Dated: June 2, 2009    By: _____/s/Eric I. Abraham_____
                                    Eric I. Abraham
                                      202 Carnegie Center
                                      CN 5226
                                      Princeton, NJ  08543
                                      Telephone: (609) 924-0808
                                      Facsimile: (609) 452-1888
                                      eia@hillwallack.com

*Of Counsel:*
Richard J. Basile *(admitted pro hac vice)*
David W. Aldrich *(admitted pro hac vice)*
Roy D. Gross *(admitted pro hac vice)*
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **NOTICE OF APPEAL TO THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT** is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| __June 2, 2009__ | __/s/Eric I. Abraham__ |
| Date | Eric I. Abraham |